FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Case No: 11-15595 BL Judge: Bruce W. Black
Case Name: WALLISER, JOHN PAUL

For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 04/12/11 (f)
341(a) Meeting Date: 05/26/11
Claims Bar Date: 08/29/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Personal injury-unscheduled | 0.00 | Unknown | | 0.00 | Unknown |
| 2. Cash -scheduled | 8.00 | 0.00 | | 0.00 | FA |
| 3. Harris-checking | 120.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Books, picutres-scheduled | 90.00 | 0.00 | | 0.00 | FA |
| 6. Clothing-scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 7. 2 rings-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 8. Bike,golf clubs-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 9. Clai against IDES fior unemployent benefits-sc | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. 1998 Plymouthscheduled | 150.00 | 0.00 | | 0.00 | FA |
| 11. Inheritance (u) | 500,000.00 | 0.00 | | 0.00 | FA |
| This asset was added subsequently in amended schedules but the relative did not die within 180 days of the filing of the bankrutpcy petition so the Trustee has no interest | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $505,318.00 | $0.00 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to prosecute a PI case

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14